# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ) PATRIOT MODULAR, LLC and ) ELDECO PIPE AND FABRICATION, ) LLC, ) ) Defendants. ) ) | Case No.: 1:22-cv-04377-JPB |

## MOTION FOR SERVICE BY PUBLICATION

COMES NOW Zurich American Insurance Company ("Zurich"), Plaintiff herein, and, pursuant to Fed. R. Civ. P. 4(h)(1)(a) and (e)(1), files its motion to serve Defendant Patriot Modular, LLC by publication.

Cypress relies upon its Memorandum In Support of Motion for Service by Publication, and attached exhibits in support of its motion.

*[Signature on the following page]*

Respectfully submitted this 3rd day of March, 2023.

/s/ Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865
Luciana Aquino
Georgia Bar No. 114433
COZEN O'CONNOR
1230 Peachtree Street NE
The Promenade, Suite 400
Atlanta, GA  30309
Telephone:  404-572-2028
Facsimile:   866-591-9127
E-mail:  kloomis@cozen.com
             laquino@cozen.com

*Attorneys for Plaintiff Zurich American Insurance Company*

CERTIFICATION:  The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font with a 1.5 inch top margin in accordance with LR 5.1B, N.D. Ga.

LEGAL\61830388\1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PATRIOT MODULAR, LLC and ELDECO PIPE AND FABRICATION, LLC, | ) ) ) ) |
| Defendants. | ) ) ) |

Case No.: 1:22-cv-04377-JPB

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2023, I electronically filed the foregoing **MOTION FOR SERVICE BY PUBLICATION AS TO DEFENDANT PATRIOT MODULAR, LLC** with the Clerk of the Court using the CM/ECF system. I further hereby certify that I have also served a copy of the foregoing via U.S. Mail on Defendants Eldeco and Patriot as follows:

> Eldeco Pipe and Fabrication, LLC
> c/o Allen McKinney
> 5751 Augusta Road
> Greenville, SC 29605
>
> Patriot Modular, LLC
> c/o Justin Kreft
> 120 Bearle Street
> Pasadena, TX 77506

LEGAL\61830388\1

This 3rd day of March, 2023.

                                                */s/ Kenan Loomis*
                                                Kenan G. Loomis

LEGAL\61830388\1