# EXHIBIT B

# Aquino, Luciana

| | |
|---|---|
| **From:** | Ben Perkins <bperkins@olivermaner.com> |
| **Sent:** | Wednesday, February 22, 2023 6:39 PM |
| **To:** | Aquino, Luciana |
| **Cc:** | Loomis, Kenan; Ingram, Christine |
| **Subject:** | RE: Waiver of Service Zurich v. Patriot Modular, et al. |

**\*\*EXTERNAL SENDER\*\***

Lucy,
I do not know.  I will let you know if I find the answer.

**Ben Perkins**
**Oliver Maner LLP**
912-238-2515 (direct dial)

**From:** Aquino, Luciana <LAquino@cozen.com>
**Sent:** Wednesday, February 22, 2023 3:59 PM
**To:** Ben Perkins <bperkins@olivermaner.com>
**Cc:** Loomis, Kenan <kloomis@cozen.com>; Ingram, Christine <CIngram@cozen.com>
**Subject:** RE: Waiver of Service Zurich v. Patriot Modular, et al.

Mr. Perkins,

Thank you for your email. Do you know who is Patriot's current Registered Agent? We have attempted to serve the Registered Agent on file with the Texas Secretary of State, Mr. Justin Kreft, but have been advised that he is no longer the registered agent for Patriot.

Thank you,



**Lucy Aquino**
**Associate Attorney | Cozen O'Connor**
The Promenade, 1230 Peachtree Street NE Suite 400 **|** Atlanta, GA 30309
P: 404-572-2086
Email || Map | cozen.com

**From:** Ben Perkins <bperkins@olivermaner.com>
**Sent:** Wednesday, February 22, 2023 3:33 PM
**To:** Aquino, Luciana <LAquino@cozen.com>
**Cc:** Loomis, Kenan <kloomis@cozen.com>; Ingram, Christine <CIngram@cozen.com>
**Subject:** RE: Waiver of Service Zurich v. Patriot Modular, et al.

**\*\*EXTERNAL SENDER\*\***

Ms. Aquino,
I haven't been retained to represent Patriot in any matters other than the Indian Harbor case and thus have not been authorized to accept service generally for Patriot.
Best regards,

1

Ben

**Ben Perkins
Oliver Maner LLP**
912-238-2515 (direct dial)

---

**From:** Aquino, Luciana <LAquino@cozen.com>
**Sent:** Tuesday, February 14, 2023 1:56 PM
**To:** Ben Perkins <bperkins@olivermaner.com>
**Cc:** Loomis, Kenan <kloomis@cozen.com>; Ingram, Christine <CIngram@cozen.com>
**Subject:** Waiver of Service Zurich v. Patriot Modular, et al.

Mr. Perkins,

I just left a voice message but wanted to email as well. As you know, Zurich American Insurance Company has filed a declaratory judgment action against Patriot Modular, LLC in the United States District Court for the Northern District of Georgia. It is our understanding that you have been retained to represent Patriot Modular with respect to this action.

In order avoid service costs, I have attached Plaintiff's Complaint for Declaratory Judgment, a Summons directed to Patriot Modular, as well as a copy of the Waiver of Service of Summons for the above-referenced matter. I would ask that you please sign the Waiver of Service of Summons and return it to me within the next ten days. Should we not received the executed Waiver of Service, we will assume that you are not willing to waive service and will proceed with efforts to formally serve Patriot Modular. Please be advised that if we are forced to serve Patriot Modular through formal methods, we will ask that the court award us costs for doing so.

Thank you for your attention to this matter. Should you wish to discuss this matter further, please feel free to contact me.



**Lucy Aquino
Associate Attorney | Cozen O'Connor**
The Promenade, 1230 Peachtree Street NE Suite 400 | Atlanta, GA 30309
P: 404-572-2086
Email || Map | cozen.com

---

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the**

*sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*