**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )  )  ) | |
| Plaintiff, )  ) | |
| v. ) ) | Case No.: 1:22-cv-04377-JPB |
| PATRIOT MODULAR, LLC and ELDECO PIPE AND FABRICATION, LLC, )  )  )  ) | |
| Defendants. )  ) | |

## ORDER

On this date came for consideration Plaintiff Zurich American Insurance Company's Motion for Service by Publication of Defendant Patriot Modular, LLC. The Court having considered the pleadings on file herein, finds the motion is meritorious, and should be granted.

It is, therefore, ORDERED Plaintiff Zurich American Insurance Company's Motion for Service by Publication is **GRANTED** and the Clerk of the Court is directed to effect service by publication in accordance with O.C.G.A. § 9-11-4(f)(1)(C) upon Defendant Patriot Modular.

LEGAL\61830451\1

2

This _____ day of _____, 2023.

_____

The Hon. J.P. Boulee
United States District Judge